```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :    SEALED INDICTMENT
                                 :
SAIQUAN ROBINSON,                :    20 Cr.
    a/k/a "Weezy,"               :
                                 :
                    Defendant.   :
                                 :
- - - - - - - - - - - - - - - - x
```

**20 CRIM 415**

COUNT ONE

The Grand Jury charges:

1. On or about May 27, 2020, in the Southern District of New York and elsewhere, SAIQUAN ROBINSON, a/k/a "Weezy," the defendant, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, one round of Winchester 9 millimeter ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                       AUDREY STRAUSS
                                 Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SAIQUAN ROBINSON,
a/k/a "Weezy,"

Defendant.

SEALED INDICTMENT

20 Cr.

(18 U.S.C. § 922(g)(1).)

AUDREY STRAUSS
Acting United States Attorney.

A TRUE BILL

_____
Foreperson