```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X      20cr415 (DLC)
                                        :
 UNITED STATES OF AMERICA               :      ORDER
                                        :
              -v-                       :
                                        :
 SAIQUAN ROBINSON,                      :
                                        :
                      Defendant.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 26, 2020, the Government informed this Court's Chambers that the defendant is scheduled to be presented before a Magistrate Judge this afternoon. Accordingly, it is hereby

ORDERED that a telephone conference will be held on **Friday, August 28** at **3:00 p.m.** The dial-in credentials for the telephone conference are the following:

    Dial-in:        888-363-4749
    Access code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the Government shall provide defense counsel with a copy of this Order.

SO ORDERED:

Dated:   New York, New York
         August 26, 2020

                                    _____
                                    DENISE COTE
                                    United States District Judge