```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      20cr415(DLC)
                                         :
            -v-                          :      ORDER
                                         :
SAIQUAN ROBINSON,                        :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 18, 2020, Saiquan Robinson was charged in a one-count indictment with being a felon in possession of ammunition in connection with a shooting that took place in the Bronx on May 27, 2020. Defendant has been detained since August 26. An initial conference took place on August 28, with John Burke representing the defendant. A trial date has been set for April 21, 2021.

Retained counsel Patrick Watts filed a notice of appearance on September 27. No conference has yet been held for the substitution of counsel. On November 20, Mr. Watts requested that an in-person bail conference be held on December 3. It is hereby

ORDERED that a telephone conference will be held on **December 3, 2020 at 2:00pm**, at which Mr. Burke and Mr. Watts will be heard with respect to Mr. Watts' application to be

substituted as counsel for the defendant.  If that application is granted, Mr. Watts' application for bail will be addressed.

The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     888-363-4749
        Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
         November 23, 2020

                                                DENISE COTE
                                  United States District Judge