UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X     20cr415 (DLC)
                                     :
UNITED STATES OF AMERICA             :     ORDER
                                     :
           -v-                       :
                                     :
SAIQUAN ROBINSON,                    :
                          Defendant. :
                                     :
-------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2020
```

DENISE COTE, District Judge:

As set forth at the telephone conference held on December 3, 2020, it is hereby

ORDERED that appointed counsel John M. Burke is relieved as counsel for the defendant and the appearance by retained counsel Patrick A.H. Watts is accepted.

IT IS FURTHER ORDERED that as set forth on the record, a telephone conference to hear defendant's bail application shall occur on **December 11, 2020** at **3 p.m.** The dial-in credentials for the telephone conference are the following:

    Dial-in:        888-363-4749
    Access code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          December 3, 2020

                                    _____
                                          DENISE COTE
                                    United States District Judge