```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :       20cr415 (DLC)
                                        :
              -v-                       :            ORDER
                                        :
 SAIQUAN ROBINSON,                      :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

It is anticipated that criminal jury trials will resume in 2021. Jury trials will be conducted in compliance with the safety procedures implemented in this district. In order to comply with those safety procedures, jury trials require complex planning and coordination. This district is currently planning to accommodate criminal jury trials that should occur between April and June 2021.

The trial in this case is scheduled to occur on **April 12, 2021**. It is anticipated that any defendant who wishes to resolve the charges by entering a plea of guilty will confer with the Government and arrange with the Court to enter a plea no later than three weeks before the date scheduled for trial. It is hereby

ORDERED that defense counsel shall advise the Court by **January 8, 2021**, whether the defendant currently intends to proceed to trial.

Dated:   New York, New York
         December 8, 2020

```
              _____
                     DENISE COTE
               United States District Judge
```