```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :        20cr415(DLC)
                                         :
            -v-                          :        ORDER
                                         :
SAIQUAN ROBINSON,                        :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    A notice of appearance for newly retained counsel in this action was filed on March 18, 2021.  On March 22, 2021, a letter written by defendant Saiquan Robinson was filed on ECF requesting a bail hearing and appointment of new counsel.  Accordingly, it is hereby

    ORDERED that a status conference is scheduled to occur on **March 31, 2021** at **10:30 AM**.  The defendant is incarcerated.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference.  Accordingly,

    IT IS FURTHER ORDERED that defense counsel Patrick Watts shall respond to the following two questions by **5:00 PM** on **March 29, 2021:**

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         March 24, 2021

                                    _____
                                    DENISE COTE
                                    United States District Judge