```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :     20cr415 (DLC)
            -v-                          :
                                         :        ORDER
SAIQUAN ROBINSON,                        :
                                         :
                        Defendant.       :
                                         X
----------------------------------------
```

DENISE COTE, District Judge:

    The Court has been informed that it is not possible to arrange a videoconference with the defendant for the March 31 conference.  Accordingly, it is hereby

    ORDERED that the proceeding shall proceed as scheduled on **March 31, 2021** at **10:30 AM** and shall take place by telephone. The dial-in credentials for the telephone conference are the following:

```
        Dial-in:        888-363-4749
        Access code:    4324948
```

    IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          March 30, 2021

                                              _____
                                              DENISE COTE
                                    United States District Judge