1

# THE LAW OFFICE OF
# ROBERT A."BOB" WALTERS, P.C.
*A Professional Corporation*

*1825 PARK AVENUE, SUITE 1102*
*NEW YORK, NEW YORK 10035*
PHONE (212) 860-2680 FAX (212) 860-2681
E-MAIL BOB@BOBWALTERSLAW.COM
CELL PHONE 917 826-820

**BY ECF ONLY**

April 5, 2021

Judge Denise Cote
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: USA v. SAIQUAN ROBINSON,
    CASE NO. 1:20-cr-00415-DLC

Dear Judge Cote,

Unfortunately, herein I am constrained to withdraw my Notice of Appearance in the above noted case and request that the Curcio Hearing previously designated by you to take place on April 22, 2021 at 2:00 pm be voided.

If there are any questions or concerns, please feel free to communicate with me at my cellphone number 917 826-8206 or my e mail at bob@bobwaterslaw.com.

Thank you,

Respectfully,

            /S/

Robert A. "Bob" Walters, Esq. (4742)