```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :         20cr415 (DLC)
            -v-                          :
                                         :            ORDER
SAIQUAN ROBINSON,                        :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Attorney Robert Walters having moved to withdraw his notice of appearance on behalf of defendant Saiquan Robinson, it is hereby

ORDERED that the motion is granted and the notice of appearance filed on March 18, 2021 is vacated. The Clerk of Court is directed to terminate the appearance of Robert Walters from the docket in this case.

IT IS FURTHER ORDERED that attorney Patrick Watts shall remain as the attorney for the defendant.

IT IS FURTHER ORDERED that the Curcio hearing scheduled for April 22 is cancelled.

Dated:   New York, New York
         April 6, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge