```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :     20cr415 (DLC)
                                          :
          -v-                             :        ORDER
                                          :
SAIQUAN ROBINSON,                         :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the C.J.A. counsel on duty this day, Lance A. Clarke, is appointed to represent the defendant Saiquan Robinson. Newly appointed counsel and current retained counsel Patrick Watts shall appear before this Court at the previously scheduled substitution of counsel hearing on April 22, 2021 at 2:00 PM.

SO ORDERED

Dated:   New York, New York
         April 12, 2021

_____
            DENISE COTE
     United States District Judge