UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :    20cr415 (DLC)
            -v-                         :
                                        :    ORDER
SAIQUAN ROBINSON,                       :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    At a conference held on March 31, the trial in this case was set to begin on July 6, 2021. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic. On June 1, 2021, the Clerk's Office notified district judges of the dates on which jury selection could commence during the months of July through September 2021 in the reconfigured spaces. Accordingly, the parties are hereby

    NOTIFIED that the trial in this action will commence with jury selection on **July 12, 2021.**

    IT IS FURTHER ORDERED that any Voir Dire requests, Requests to Charge, motions in limine, and trial memoranda are due by **June 15.** Any opposition shall be filed by **June 21.**

    IT IS FURTHER ORDERED that the Voir Dire requests and Requests to Charge are due on **July 2, 2021** at **12:00 PM.**

IT IS FURTHER ORDERED that a final pretrial conference will occur on **July 2, 2021** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated: New York, New York
June 1, 2021

```
                              _____
                                    DENISE COTE
                              United States District Judge
```