UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SAIQUAN ROBINSON,

Defendant.

20-CR-415 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

On June 15, 2021, this action was reassigned to this Court. Accordingly, IT IS HEREBY ORDERED that:

1. As set forth in Judge Denise L. Cote's June 1, 2021 Order (ECF No. 36), the trial of this action shall commence on July 12, 2021;
2. The government's response to defendant's motion *in limine* filed on June 15, 2021 (ECF No. 43) is due on June 21, 2021;
3. Voir Dire requests, if any, and Requests to Charge are due on July 2, 2021 by 12:00 PM; and
4. The final pretrial conference shall take place on July 2, 2021 at 9:00 AM in Courtroom 23A, 500 Pearl Street.

Dated: New York, New York
June 17, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.