```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
-------------------------------------x
UNITED STATES OF AMERICA,　　　　:
　　　　　　　　　　　　　　　　　:　　20 Cr. 415 (KMW)
　　　-against-　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
SAIQUAN ROBINSON,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　ORDER
　　　　　　　　　Defendant.　　　:
-------------------------------------x

Kimba Woods District Court:

As set forth in the Defendant's July 8, 2021, letter it is hereby:

**ORDERED** that considering the voluminous discovery and §3500 materials and considering defendant SAIQUAN ROBINSON'S limited access to his discovery and §3500 material at the Metropolitan Correction Center-(MCC)

MCC is **ORDERED** to allow the defendant, SAIQUAN ROBINSON, Register #06313-509, daily access to review all electronic and physical material in the law library, attorney conference rooms or other appropriate areas of the jail for a total of at least 3 hours per day, as well as allow defendant SAIQUAN ROBINSON to be un cuffed when reviewing trial materials in the presence of defense counsels. This Order remains in effect until the trial in this matter is completed, and a copy of this Order shall be made available to any unit where SAIQUAN ROBINSON is housed.

WHEREAS, the Court and the parties seek to ensure that SAIQUAN ROBINSON has meaningful access to review discovery, §3500 material and other case materials while detained by the Bureau of Prisons (MCC) in preparation for his jury trial scheduled to commence on July 12, 2021.

**SO ORDERED:**

_Kimba M. Wood_
HONORABLE KIMBA WOOD
District Judge of the SDNY

July 8, 2021
Date