```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA,          :
                                   :    20 Cr. 415 (KMW)
         -against-                 :
                                   :
SAIQUAN ROBINSON,                  :
                                        ORDER
         Defendant.                :
----------------------------------x

Kimba Wood  District Court:

As set forth in the Defendant's July 8, 2021, letter it is hereby:

**ORDERED** that due to inmate Saiquan Robinson's upcoming trial date of July 12, 2021, he be allowed to wear civilian clothing during his trial to avoid the risk that the jury's judgment will be tainted and the defendant's right to a presumption of innocence be compromised

MCC is **ORDERED** to allow the family of inmate Saiquan Robinson, Federal Register # 06313-509 to bring civilian clothing to MCC for Mr. Robinson to wear during trial; specifically- 2 long pants, 2 shirts, and one pair of shoes or sneakers.

WHEREAS, the Court and the parties seek to avoid the risk that the jury's judgment will be tainted and the defendant's right to a presumption of innocence will be compromised.

**SO ORDERED:**


_____
HONORABLE KIMBA WOOD
District Judge of the SDNY

July 8, 2021
_____
Date