UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

SAIQUAN ROBINSON,

                        Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 11, 2021

20-CR-415 (KMW)
**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Saiquan Robinson has requested his fourth substitution of counsel, in a *pro se* letter to the Court dated June 25, 2021, but not received by the Court until July 8, 2021, and docketed July 9, 2021. (ECF No. 53.) Trial is scheduled to begin tomorrow, July 12, 2021.

Judge Cote granted Defendant's third request for substitution of counsel on April 22, 2021, at a hearing at which she warned defendant that the July trial date is firm, and that the Court would not relieve substituted counsel going forward.

Defendant states in his request for substitution of counsel only that he and assigned counsel, Lance Clarke, "are not heading in the same direction in [his] case," and that he does "not believe that [Mr. Clarke] has [my] best interest at heart."

Because Defendant has not shown good cause for substitution of counsel, and because trial is set for July 12, 2021, the Court DENIES his request, without prejudice to renewing his request before jury selection tomorrow, July 12, 2021.

            SO ORDERED.

 Dated:  New York, New York
            July 11, 2021                                    _____/s/ Kimba M. Wood_____
                                                                        KIMBA M. WOOD
                                                                  United States District Judge