UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

SAIQUAN ROBINSON,

        Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 21, 2021

20-CR-415 (KMW)
**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Saiquan Robinson has requested a substitution of counsel, in a *pro se* letter to the Court. (ECF No. 63.) Although the letter is not dated, it was received by the Clerk's Office on July 12, 2021 and docketed on July 19.

Because the Court denied Defendant's renewed application for new counsel on July 12, 2021 and accepted Defendant's plea of guilty, the Court DENIES AS MOOT Defendant's substitution of counsel request.

SO ORDERED.

Dated: New York, New York
       July 21, 2021

                                 /s/ Kimba M. Wood
                                KIMBA M. WOOD
                           United States District Judge