TRULINCS 06313509 - ROBINSON, SAIQUAN - Unit: BRO-G-B      RECEIVED
--------------------------------------------------------SDNY PRO SE OFFICE----------------------
                                                     2021 OCT -1  PM 2: 41
FROM: 06313509
TO: Clarke, Lance
SUBJECT: RE: RE: PSI objections
DATE: 09/20/2021 12:47:49 PM

you are saying to me that i plead guilty to a guideline that's not on my case load or in my indictment thats where im telling you to object at 2x1.1 or 2a2.1 aint on my discovery at all you are misleading me all directions telling me what the government is telling about a suggestion you basically told me i dont have to worry about a pimentel the judge has th elast say an dim telling you to object t them things yes i looked up the law and those alligations are not apart of my indictment also my case never been heard in court period and also the judge said no to bail you aint part a motion in to argue my case at all and the person name i gave you plead to the same charge and guidelines was 40 to 50 something months on parole on all so im not gone sit here an dbe railroaded and seeing peopl get lesser time and bail with the same charge i finished parole working and all im going through been through alot since i been here and i've been asking you about my case i told you im innocent i told you they lying about shit i told you look at the statement the perosn said against me where's the edvince about me where i copped ouyt cause i want to be home with my love ones and kids the government is using shit against im telling you to object to im asking for bail motions and supression motions you responded oh im not doing that cause they gone know my argument so whats your argument and the supress motion you said there was no edvindce so where's this going my charge is SAIQUAN ROBINSON A FELON WAS FOUND WITH POSSESSION OF AMMUNITION TO WIT SO... where's the shooting at n my indictment i heard what the judge said and i plead to also the grand jury indicted me felon in possession of ammu with my involvement of a shooting but my count say other wise so yes inform the courts i dont want you as my attorney my base offense should be 20 or less and i have alot of paper trail and also i got case loads about 2x1.1 and 2a2.1 that dont invovle me thank you
-----Clarke, Lance on 9/20/2021 12:21 PM wrote:

>

Saiquan, I looked up Jahlil Taylor's case. He pled to count one of the indictment, same as you. He has not been sentenced yet. His PSR is private, so no one would have access to it.

Everything I stated regarding the objections is accurate.
The Judge has opposed bail 4 times, this was pre- conviction. The Court is not going to grant bail after you've pled.
I have no reason to lie to you about anything I've ever said. Everything I have done has been to help you. Because you don't agree with what I'm telling you doesn't mean that I'm wrong.
But clearly there is a communication issue with us where everything I tell you, you say that I'm wrong, or you don't believe me.
I will inform the Court's chambers about your request for a litigator and new attorney, and once they receive a letter from you they will schedule a court date to address your complaints.

SAIQUAN ROBINSON on 9/18/2021 11:36:15 AM wrote
are you my attorney???
-----Clarke, Lance on 9/16/2021 9:51 AM wrote:

>

Saiquan, clearly the communication has broken down between us. I am not going to object to those things because you're wrong. I know the lawyer that you're speaking of very well, and again, you are wrong.

If you do not agree with that, you are free to write the judge.
Take care

SAIQUAN ROBINSON on 9/16/2021 7:20:19 AM wrote
good morning what are you writing does not sound accurate for 1 i have a right to have a litigator that for 1 and also i plead guilty to ammu which is one count and in my indictment the element of my crime was i was found in possession now in my discovery or police report does not say anything about what the government is saying you are going off a "Pimentel" letter that is a suggestion from the government not a known fact so lets speak facts i didn't shoot at anybody I'm not on camera doing anything i just told you to look up that person name i sent you also before you came on my case a lawyer told me that the most i can get is 30 months his name is (Marc Demarco) he knows you anyway whatever the government saying does not have anything to do with my case that isn't facts that they saying its a suggestion lets speak facts lance so you talking about write the courts you a denying me my rights to have a litigator you just wrote to me saying my guidelines or base offense level is a 20 why a 33 now lets speak facts if there was facts in my case i should be at a 27 not 33 that intent to murder with bodily injury i should be at a base offense levee 20 or less yes I'm on my case also look up the name i gave you I'm in jail with a lot of cases

TRULINCS 06313509 - ROBINSON, SAIQUAN - Unit: BRO-G-B

---

FROM: Clarke, Lance
TO: 06313509
SUBJECT: RE: PSI objections
DATE: 09/20/2021 12:21:11 PM

Saiquan, I looked up Jahlil Taylor's case. He pled to count one of the indictment, same as you. He has not been sentenced yet. His PSR is private, so no one would have access to it.

Everything I stated regarding the objections is accurate.
The Judge has opposed bail 4 times, this was pre- conviction. The Court is not going to grant bail after you've pled.
I have no reason to lie to you about anything I've ever said. Everything I have done has been to help you. Because you don't agree with what I'm telling you doesn't mean that I'm wrong.
But clearly there is a communication issue with us where everything I tell you, you say that I'm wrong, or you don't believe me.
I will inform the Court's chambers about your request for a litigator and new attorney, and once they receive a letter from you they will schedule a court date to address your complaints.

SAIQUAN ROBINSON on 9/18/2021 11:36:15 AM wrote
are you my attorney???
-----Clarke, Lance on 9/16/2021 9:51 AM wrote:

>

Saiquan, clearly the communication has broken down between us. I am not going to object to those things because you're wrong. I know the lawyer that you're speaking of very well, and again, you are wrong.

If you do not agree with that, you are free to write the judge.
Take care

SAIQUAN ROBINSON on 9/16/2021 7:20:19 AM wrote
good morning what are you writing does not sound accurate for 1 i have a right to have a litigator that for 1 and also i plead guilty to ammu which is one count and in my indictment the element of my crime was i was found in possession now in my discovery or police report does not say anything about what the government is saying you are going off a "Pimentel" letter that is a suggestion from the government not a known fact so lets speak facts i didn't shoot at anybody I'm not on camera doing anything i just told you to look up that person name i sent you also before you came on my case a lawyer told me that the most i can get is 30 months his name is (Marc Demarco) he knows you anyway whatever the government saying does not have anything to do with my case that isn't facts that they saying its a suggestion lets speak facts lance so you talking about write the courts you a denying me my rights to have a litigator you just wrote to me saying my guidelines or base offense level is a 20 why a 33 now lets speak facts if there was facts in my case i should be at a 27 not 33 that intent to murder with bodily injury i should be at a base offense levee 20 or less yes I'm on my case also look up the name i gave you I'm in jail with a lot of cases like these in they are in the (2ND circuit) my cellmates i was in M..C.C with look them up lance tell me where I'm going wrong at you want this case bad you aint tell me one good reason or argument about anything about facts no bail package no anything I'm not a test dummy lance I'm a human being with 4 kids been working since I've been home been doing good been in jail for covid got bad foot fungus and back pain lost a grandmother and close friends due to health problems and grand father fighting cancer and you telling me about a suggestion that aint written up in my discovery or indictment which a grand jury indicted me on ammu you just basically flat out told me i cant get no litigator you haven't helped me for once since you been on this case you told me a court that the Pimentel i don't have to worry about so lets keep on speaking facts you a lawyer you know what's going on so if not objecting to that Pimentel letter why you are on my case you can take yourself like the rest of the lawyers i so it won't look bad on your behalf thank you
-----Clarke, Lance on 9/15/2021 10:21 PM wrote:

>

Saiquan, that is not correct.

Again, I am not making those objections because they are not accurate..
There is no "litigator to fix your PSR"

I'm not sure what exactly it is you don't understand.

FROM: 06313509
TO: Clarke, Lance
SUBJECT: RE: RE: PSI objections
DATE: 09/20/2021 08:27:53 PM

I'm gone to let the judge know on sentencing day that i asked you to object to the PSR and you said you wont so i think its best i get a mitigator expert to object to my PSR and we'll let her determined if i was entitled one i asked you for the mitigator expert and you told me no and I'm entitled to a bail motion even if they denied me i believe its my right but quote me if I'm wrong I'm not a lawyer that's why i seek advice from you and you counsel me and to give me effective assistance of counsel I'm not firing you but i would let the honorable Ms wood know our disagreement thank you see you at at court October 27Th and i will print out this email and present as a exhibit i will see you at court on October 27th thank you
-----Clarke, Lance on 9/20/2021 12:21 PM wrote:

>

Saiquan, I looked up Jahlil Taylor's case. He pled to count one of the indictment, same as you. He has not been sentenced yet. His PSR is private, so no one would have access to it.

Everything I stated regarding the objections is accurate.
The Judge has opposed bail 4 times, this was pre- conviction. The Court is not going to grant bail after you've pled.
I have no reason to lie to you about anything I've ever said. Everything I have done has been to help you. Because you don't agree with what I'm telling you doesn't mean that I'm wrong.
But clearly there is a communication issue with us where everything I tell you, you say that I'm wrong, or you don't believe me.
I will inform the Court's chambers about your request for a litigator and new attorney, and once they receive a letter from you they will schedule a court date to address your complaints.

SAIQUAN ROBINSON on 9/18/2021 11:36:15 AM wrote
are you my attorney???
-----Clarke, Lance on 9/16/2021 9:51 AM wrote:

>

Saiquan, clearly the communication has broken down between us. I am not going to object to those things because you're wrong. I know the lawyer that you're speaking of very well, and again, you are wrong.

If you do not agree with that, you are free to write the judge.
Take care

SAIQUAN ROBINSON on 9/16/2021 7:20:19 AM wrote
good morning what are you writing does not sound accurate for 1 i have a right to have a litigator that for 1 and also i plead guilty to ammu which is one count and in my indictment the element of my crime was i was found in possession now in my discovery or police report does not say anything about what the government is saying you are going off a "Pimentel" letter that is a suggestion from the government not a known fact so lets speak facts i didn't shoot at anybody i'm not on camera doing anything i just told you to look up that person name i sent you also before you came on my case a lawyer told me that the most i can get is 30 months his name is (Marc Demarco) he knows you anyway whatever the government saying does not have anything to do with my case that isn't facts that they saying its a suggestion lets speak facts lance so you talking about write the courts you a denying me my rights to have a litigator you just wrote to me saying my guidelines or base offense level is a 20 why a 33 now lets speak facts if there was facts in my case i should be at a 27 not 33 that intent to murder with bodily injury i should be at a base offense levee 20 or less yes I'm on my case also look up the name i gave you I'm in jail with a lot of cases like these in they are in the (2ND circuit) my cellmates i was in M..C.C with look them up lance tell me where I'm going wrong at you want this case bad you aint tell me one good reason or argument about anything about facts no bail package no anything I'm not a test dummy lance I'm a human being with 4 kids been working since I've been home been doing good been in jail for covid got bad foot fungus and back pain lost a grandmother and close friends due to health problems and grand father fighting cancer and you telling me about a suggestion that aint written up in my discovery or indictment which a grand jury indicted me on ammu you just basically flat out told me i cant get no litigator you haven't helped me for once since you been on this case you told me a court that the Pimentel i don't have to worry about so lets keep on speaking facts you a lawyer you know what's going on so if not objecting to that Pimentel letter why you are on my case you can take yourself like the rest of the lawyers i so it won't look bad on your behalf thank you
-----Clarke, Lance on 9/15/2021 10:21 PM wrote:

FROM: Clarke, Lance
TO: 06313509
SUBJECT: RE: PSI objections
DATE: 09/22/2021 04:06:03 PM

Hi Saiquan,

We have a court appearance scheduled for October 13th at 12pm for you to address the judge with all of your concerns.

SAIQUAN ROBINSON on 9/22/2021 12:24:24 PM wrote
on my PSR it says this

on july 12, 2021 SAIQUAN ROBINSON pleaded guilty as charged meaning i plead guilty to the felon in possession nothing else and also stated without the benefit of a plea agreement, before the honorable Kimba M. Wood. now to my understanding the government provided the Pimentel letter to the PSR so they can make it seem bad and you going along right with them and thats on page 3 i told you to object to also page 4 and 5 where they saying im in a gang is wrong and the police report is wrong also theres no victim impact statement or ajdustment for obstruction of justice now on page 6 it says this

#19 Specific offense characteristics:none
#20 victim related adjusment:none
#21 Adjustment for role in the offense:none
#22 Adjustment for obstruction of justice:none
#23 Adjusted offense level (subtotal):33
#24 CHAPTER FOUR ENHACMENT:NONE

so let me get this straight you aint objecting to this pimentel letter which is basically trynna add enhancements and theres no enhancements my guidelines should be at #18 30-37 months thank you andim gone send you cases also to look up thank you
-----Clarke, Lance on 9/20/2021 12:21 PM wrote:

>

Saiquan, I looked up Jahlil Taylor's case. He pled to count one of the indictment, same as you. He has not been sentenced yet. His PSR is private, so no one would have access to it.

Everything I stated regarding the objections is accurate.
The Judge has opposed bail 4 times, this was pre- conviction. The Court is not going to grant bail after you've pled.
I have no reason to lie to you about anything I've ever said. Everything I have done has been to help you. Because you don't agree with what I'm telling you doesn't mean that I'm wrong.
But clearly there is a communication issue with us where everything I tell you, you say that I'm wrong, or you don't believe me. I will inform the Court's chambers about your request for a litigator and new attorney, and once they receive a letter from you they will schedule a court date to address your complaints.

SAIQUAN ROBINSON on 9/18/2021 11:36:15 AM wrote
are you my attorney???
-----Clarke, Lance on 9/16/2021 9:51 AM wrote:

>

Saiquan, clearly the communication has broken down between us. I am not going to object to those things because you're wrong. I know the lawyer that you're speaking of very well, and again, you are wrong.

If you do not agree with that, you are free to write the judge.
Take care

SAIQUAN ROBINSON on 9/16/2021 7:20:19 AM wrote
good morning what are you writing does not sound accurate for 1 i have a right to have a litigator that for 1 and also i plead guilty to ammu which is one count and in my indictment the element of my crime was i was found in possession now in my discovery or police report does not say anything about what the government is saying you are going off a "Pimentel" letter that

FROM: 06313509
TO: Clarke, Lance
SUBJECT: RE: RE: PSI objections
DATE: 09/23/2021 11:09:37 AM

wasn't that suppose to be my origanl court date and also why am i addressing the court my concerns when im telling you my concerns lance i feel like you are trying to make me look bad in front of the judge but its ok i have rights to speak and im gone speak my truth the things you have not done for me and i still asked you to put a bail package in for me you still have not you have my family information you have not done nothing yet have you read the bail reform act have you
-----Clarke, Lance on 9/22/2021 4:06 PM wrote:

>

Hi Saiquan,

We have a court appearance scheduled for October 13th at 12pm for you to address the judge with all of your concerns.

SAIQUAN ROBINSON on 9/22/2021 12:24:24 PM wrote
on my PSR it says this

on july 12, 2021 SAIQUAN ROBINSON pleaded guilty as charged meaning i plead guilty to the felon in possession nothing else and also stated without the benefit of a plea agreement, before the honorable Kimba M. Wood. now to my understanding the government provided the Pimentel letter to the PSR so they can make it seem bad and you going along right with them and thats on page 3 i told you to object to also page 4 and 5 where they saying im in a gang is wrong and the police report is wrong also theres no victim impact statement or ajdustment for obstruction of justice now on page 6 it says this

#19 Specific offense characteristics:none
#20 victim related adjusment:none
#21 Adjustment for role in the offense:none
#22 Adjustment for obstruction of justice:none
#23 Adjusted offense level (subtotal):33
#24 CHAPTER FOUR ENHACMENT:NONE

so let me get this straight you aint objecting to this pimentel letter which is basically trynna add enhancements and theres no enhancements my guidelines should be at #18 30-37 months thank you andim gone send you cases also to look up thank you
-----Clarke, Lance on 9/20/2021 12:21 PM wrote:

>

Saiquan, I looked up Jahlil Taylor's case. He pled to count one of the indictment, same as you. He has not been sentenced yet. His PSR is private, so no one would have access to it.

Everything I stated regarding the objections is accurate.
The Judge has opposed bail 4 times, this was pre- conviction. The Court is not going to grant bail after you've pled.
I have no reason to lie to you about anything I've ever said. Everything I have done has been to help you. Because you don't agree with what I'm telling you doesn't mean that I'm wrong.
But clearly there is a communication issue with us where everything I tell you, you say that I'm wrong, or you don't believe me.
I will inform the Court's chambers about your request for a litigator and new attorney, and once they receive a letter from you they will schedule a court date to address your complaints.

SAIQUAN ROBINSON on 9/18/2021 11:36:15 AM wrote
are you my attorney???
-----Clarke, Lance on 9/16/2021 9:51 AM wrote:

>

Saiquan, clearly the communication has broken down between us. I am not going to object to those things because you're wrong. I know the lawyer that you're speaking of very well, and again, you are wrong.

FROM: 06313509
TO: Clarke, Lance
SUBJECT: RE: RE: PSI objections
DATE: 09/23/2021 11:09:37 AM

wasn't that suppose to be my origanl court date and also why am i addressing the court my concerns when im telling you my concerns lance i feel like you are trying to make me look bad in front of the judge but its ok i have rights to speak and im gone speak my truth the things you have not done for me and i still asked you to put a bail package in for me you still have not you have my family information you have not done nothing yet have you read the bail reform act have you
-----Clarke, Lance on 9/22/2021 4:06 PM wrote:

>

Hi Saiquan,

We have a court appearance scheduled for October 13th at 12pm for you to address the judge with all of your concerns.

SAIQUAN ROBINSON on 9/22/2021 12:24:24 PM wrote
on my PSR it says this

on july 12, 2021 SAIQUAN ROBINSON pleaded guilty as charged meaning i plead guilty to the felon in possession nothing else and also stated without the benefit of a plea agreement, before the honorable Kimba M. Wood. now to my understanding the government provided the Pimentel letter to the PSR so they can make it seem bad and you going along right with them and thats on page 3 i told you to object to also page 4 and 5 where they saying im in a gang is wrong and the police report is wrong also theres no victim impact statement or ajdustment for obstruction of justice now on page 6 it says this

#19 Specific offense characteristics:none
#20 victim related adjusment:none
#21 Adjustment for role in the offense:none
#22 Adjustment for obstruction of justice:none
#23 Adjusted offense level (subtotal):33
#24 CHAPTER FOUR ENHACMENT:NONE

so let me get this straight you aint objecting to this pimentel letter which is basically trynna add enhancements and theres no enhancements my guidelines should be at #18 30-37 months thank you andim gone send you cases also to look up thank you
-----Clarke, Lance on 9/20/2021 12:21 PM wrote:

>

Saiquan, I looked up Jahlil Taylor's case. He pled to count one of the indictment, same as you. He has not been sentenced yet. His PSR is private, so no one would have access to it.

Everything I stated regarding the objections is accurate.
The Judge has opposed bail 4 times, this was pre- conviction. The Court is not going to grant bail after you've pled.
I have no reason to lie to you about anything I've ever said. Everything I have done has been to help you. Because you don't agree with what I'm telling you doesn't mean that I'm wrong.
But clearly there is a communication issue with us where everything I tell you, you say that I'm wrong, or you don't believe me.
I will inform the Court's chambers about your request for a litigator and new attorney, and once they receive a letter from you they will schedule a court date to address your complaints.

SAIQUAN ROBINSON on 9/18/2021 11:36:15 AM wrote
are you my attorney???
-----Clarke, Lance on 9/16/2021 9:51 AM wrote:

>

Saiquan, clearly the communication has broken down between us. I am not going to object to those things because you're wrong. I know the lawyer that you're speaking of very well, and again, you are wrong.

walked out on me when im speaking facts this PSI report is based off of a pimentel letter and there was no guide lines fixred at all a plead guilty to a possession of ammunintion charge ok the whole report is wrong i want to object everything on it i want me right guide line si am not charged with no conspiricay why is there 2x1.1 on my report or 2a2.1 also my indictment said felon in possession i am not stupid so i want to object to this whole report its wrong everything thank you if not take yourself off my case thank you

i iasked what are my concerns and also about bail why do i have to speak in front of a jusdge when you are my voice
-----Clarke, Lance on 9/22/2021 4:06 PM wrote:

>

Hi Saiquan,

We have a court appearance scheduled for October 13th at 12pm for you to address the judge with all of your concerns.

SAIQUAN ROBINSON on 9/22/2021 12:24:24 PM wrote
on my PSR it says this

on july 12, 2021 SAIQUAN ROBINSON pleaded guilty as charged meaning i plead guilty to the felon in possession nothing else and also stated without the benefit of a plea agreement, before the honorable Kimba M. Wood. now to my understanding the government provided the Pimentel letter to the PSR so they can make it seem bad and you going along right with them and thats on page 3 i told you to object to also page 4 and 5 where they saying im in a gang is wrong and the police report is wrong also theres no victim impact statement or ajdustment for obstruction of justice now on page 6 it says this

#19 Specific offense characteristics:none
#20 victim related adjusment:none
#21 Adjustment for role in the offense:none
#22 Adjustment for obstruction of justice:none
#23 Adjusted offense level (subtotal):33
#24 CHAPTER FOUR ENHACMENT:NONE

so let me get this straight you aint objecting to this pimentel letter which is basically trynna add enhancements and theres no enhancements my guidelines should be at #18 30-37 months thank you andim gone send you cases also to look up thank you
-----Clarke, Lance on 9/20/2021 12:21 PM wrote:

>

Saiquan, I looked up Jahlil Taylor's case. He pled to count one of the indictment, same as you. He has not been sentenced yet. His PSR is private, so no one would have access to it.

Everything I stated regarding the objections is accurate.
The Judge has opposed bail 4 times, this was pre- conviction. The Court is not going to grant bail after you've pled.
I have no reason to lie to you about anything I've ever said. Everything I have done has been to help you. Because you don't agree with what I'm telling you doesn't mean that I'm wrong.
But clearly there is a communication issue with us where everything I tell you, you say that I'm wrong, or you don't believe me.
I will inform the Court's chambers about your request for a litigator and new attorney, and once they receive a letter from you they will schedule a court date to address your complaints.

SAIQUAN ROBINSON on 9/18/2021 11:36:15 AM wrote
are you my attorney???
-----Clarke, Lance on 9/16/2021 9:51 AM wrote:

>

Saiquan, clearly the communication has broken down between us. I am not going to object to those things because you're wrong. I know the lawyer that you're speaking of very well, and again, you are wrong.

If you do not agree with that, you are free to write the judge.
Take care

Shaquan Robinson # 063-13-509
80-29th Street M.D.C Brooklyn
Brooklyn NY 11232

RECEIVED
SDNY PRO SE OFFICE
2021 OCT -1 PH 2:32

Cost of Clerks
500 Pearl Street
New York, NY 10007

Pro Se

