Dear Judge

My name is Saiquan Robinson I'am sorry again for writing another letter to inform Bail. My main concern your Honor is that my Grandfather Passed away on September 27th 2021. I am asking for Bail to be home with my family to Grieve with them on the lost we Just took your honor Please thank you. your Honor with clear and convincing evidence that I'am not Risk of flight and or danger to any person or community, Pursuant to 18 USCS 3143(A), Fed. R. Cr. m. P. 46(c); while this burden is plainly substantial. I have a home in Troy NY with my fiance and kids and multiple family members and friends that can co-sign for me your Honor. Even though I Plead Guilty your Honor it Greatly reduces my expectation in continued liberty. It does not extinguish that interest because language of 18 USCS 3143 (A) confers sufficient liberty in continued Release (on satisfaction of specified conditions) to warrant some measure of due Process Protection. United States vs. Abuhamra, 389 F.3d 309 (2nd Cir. 2004.) Thank you your Honor for reading this letter and hope deep down you can Grant me bail before sentencing thank you.

Sincerely

SAIQUAN ROBINSON

Saiquan Robinson #063-13-509
80-29th Street M.D.C. Brooklyn NY
Brooklyn New York, 11232

Court of clerk's office
500 Pearl Street
New York, NY 10007

pro se

RECEIVED
SDNY PRO SE OFFICE
2021 OCT -8 AM 10:09