USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

SAIQUAN ROBINSON,

                           Defendant.
------------------------------------------------------------------x

**ORDER**
20 CR 415 (KMW)

KIMBA M. WOOD, District Judge:

      Sentencing is scheduled for January 26, 2022, at 12:00 p.m. Defendant's submission is due to the Court by January 12, 2022. Government submission is due by January 19, 2022.

      SO ORDERED.

Dated: New York, New York
       October 19, 2021

                                                  KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE