# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Tel: (212) 571-5500
Fax: (212) 571-5507

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

———

RACHEL PERILLO

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/21
```

December 20, 2021

By ECF
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: United States v. Saiquan Robinson
        20 Cr. 415 (KMW)

Dear Judge Wood:

    I am the attorney for Saiquan Robinson, the defendant in the above named matter. Sentencing is scheduled for January 26, 2022 with the defendant's sentencing submission due on January 12, 2022. I write without objection from the government, by AUSA Jacob Fiddelmen, to respectfully request a 60-day adjournment of sentencing. I was assigned to this matter on October 12, 2021 and since then have submitted releases and requests for various records, including foster care records, mental health records, and prison records, which are needed for Mr. Robinson's sentencing submission. I am still awaiting the receipt of these records and therefore need additional time to prepare our submission. If the Court has any questions regarding this application please do not hesitate to contact me.

*Sentencing is adjourned to April 27, 2022 11:00. Defendants submission is due by April 13. Government submission is due by April 20.*

Respectfully submitted,
/s/
David Stern

Cc: AUSA Jacob Fiddelmen (By ECF)
    AUSA Justin Rodriguez (By ECF)

*Kimba M. Wood    12/21/21*
*SO ORDERED*