```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-                                    ORDER
                                                    20 CR 415 (KMW)
SAIQUAN ROBINSON,

                    Defendant.
-----------------------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/22

KIMBA M. WOOD, District Judge:

Defendant Saiquan Robinson has written this Court a letter dated December 30, 2021, in which he asks, inter alia, for an explanation of the conduct and the U.S.S.G.(s) pertinent to his guilty plea. The Court directs his attorney, David Stern, to confer with Mr. Saiquan again, to attempt to clarify for Mr. Saiquan the answers to his questions. Thereafter, Mr. Stern shall notify the Court the result of his having done so.

SO ORDERED.

Dated: New York, New York
       January 10, 2022

                                          _____
                                          KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE