UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

SAIQUAN ROBINSON,

                              Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 415 (KMW)

KIMBA M. WOOD, District Judge:

    The Court has received defense counsel's ex parte letter of April 28, 2022, which the Court filed under seal.

    A conference will be held on June 8, 2022, at 11:30 a.m., to discuss possible change of counsel.

    SO ORDERED.

Dated: New York, New York
        May 2, 2022

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/22