UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

SAIQUAN ROBINSON,

                        Defendant.
------------------------------------------------------------------x

**ORDER**
20 CR 415 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/22

KIMBA M. WOOD, District Judge:

    Due to the Court's trial calendar, the conference currently scheduled for June 8, 2022, is adjourned to Wednesday, June 15, 2022, at 10:00 a.m.

    SO ORDERED.

Dated: New York, New York
        May 31, 2022

                                        /s/ Kimba M. Wood
                                      KIMBA M. WOOD
                        UNITED STATES DISTRICT JUDGE