CV

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/22

ROTHMAN, SCHNEIDER, SOLOWAY & STERN
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
―――――――――
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

September 8, 2022

**VIA ECF**
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: United States v. Saiquan Robinson
      20 Cr. 415 (KMW)

Dear Judge Wood:

   I represented Saiquan Robinson in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 17.2 hours, nunc pro tunc to February 2, 2022, assisting me in this matter. Much of that time involved reviewing records, and work on the sentencing submission. None of Ms. Perillo's work was duplicative.

   Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $90.00 for associate time spent representing Mr. Robinson in this matter. Thank you very much.   ] Granted

Sincerely,

*David Stern*

David Stern

DS/sc

SO ORDERED: N.Y., N.Y. 9/12/22

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.