```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 28, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SAIQUAN ROBINSON,

                      Movant,                      20-CR-415 (KMW)

     v.                                         24-CV-6640 (KMW)

UNITED STATES OF AMERICA,            **ORDER**

                      Respondent.
----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

       On August 23, 2024, defendant Saiquan Robinson filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  (Mot., ECF No. 108.)  On January 27, 2025, the government filed an opposition brief and declarations from two attorneys previously appointed to represent Robinson.  (ECF Nos. 114, 115, and 116.)

       Robinson has until February 26, 2025 to file his reply, if any.

       The Clerk of Court is respectfully directed to mail a copy of this Order, along with ECF Nos. 114, 115, and 116, to Robinson.

       SO ORDERED.

Dated:  New York, New York
           January 28, 2025                        */s/ Kimba M. Wood*
                                                    KIMBA M. WOOD
                                        United States District Judge